IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                             No. CIV S-10-2372 MCE EFB PS

    vs.

LETICIA MARIN,

    Defendant.                           ORDER

_____/

        On September 7, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

////

////

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 7, 2010, are ADOPTED.

2. Plaintiff's application to proceed *in forma pauperis* is denied.

3. Plaintiff is granted thirty days in which to pay the filing fee of $350.

4. Plaintiff is admonished that failure to timely pay the filing fee will result in a recommendation by the magistrate judge that this action be dismissed.

Dated: October 1, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE