IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

     Plaintiff,                           No. CIV S-10-2372 MCE EFB PS

     vs.

LETICIA MARIN,                        FINDINGS AND RECOMMENDATIONS

     Defendant.
_____/

This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). By order filed October 4, 2010, the assigned district judge adopted the undersigned's findings and recommendations and denied plaintiff's application for leave to proceed *in forma pauperis*. Dckt. No. 4. Plaintiff was granted thirty days in which to pay the filing fee required by 28 U.S.C. § 1914(a). *Id.* That order admonished plaintiff that failure to timely pay the filing fee would result in a recommendation that this action be dismissed. *Id.*

The thirty day period has now expired, and plaintiff has not paid the required filing fee nor otherwise responded to the court's order.

////

////

1

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant
2 to Federal Rule of Civil Procedure 41(b), based on plaintiff's failure to prosecute the action, and
3 the Clerk be directed to close the case.

4  These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6 after being served with these findings and recommendations, plaintiff may file written objections
7 with the court.   Such a document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Failure to file objections within the specified time may waive
9 the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.
10 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11 DATED:  December 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2